UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-3555**

In re: Village Roadshow Entertainment Group USA Inc.

**ORDER**

      The appellant seeks review of an order denying a stay pending its ongoing appeal. The order may not be final or otherwise immediately appealable. *See In re Revel AC, Inc.*, 802 F.3d 558, 566–67 (3d Cir. 2015) (stay denial was appealable only because "upshot of declining [appellant's] stay request is to prevent it from obtaining a full airing of its issues on appeal and a decision on the merits"); *see also In re S.S. Body Armor I, Inc.,* 927 F.3d 763, 769–70 (3d Cir. 2019). All parties must file written responses addressing this issue within ten (10) days from the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: December 24, 2025
CLW/cc: ALL COUNSEL OF RECORD